Colonial Village Restaurants, Inc. (Howard M. Fox Substituted as Plaintiff), Appellee, v. Colonial Village, Inc. (Joseph H. Beuttas Substituted as Defendants), Appellant.

Gen. No. 42,039.

Heard in first division, first district, this court at October term, 1941; opinion filed July 1, 1942. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Isaac E. Ferguson and Jesse H. Brown, of counsel; Taylor, Miller, Busch & Boyden, for appellee; Morris I. Leibman, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''